UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RONALD STANFIELD, JR.                              CIVIL ACTION

VERSUS                                             NO. 06-10808

CRIMINAL DISTRICT CLERK                            SECTION: "C"(3)
OF COURT ARTHUR MORRELL

**O R D E R**

      The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

      **IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41 of the Federal Rules of Civil Procedure for failure to prosecute.

      New Orleans, Louisiana, this __14th__ day of _____May_____, 2007.

                                                        **UNITED STATES DISTRICT JUDGE**